No. 10–11080.  GARAY *v.* DEPARTMENT OF MANAGEMENT SERVICES, DIVISION OF RETIREMENT.  Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 10–11081.  HOAGLAND *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 10–11082.  NEWSOME *v.* UY ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 10–11083.  JOHNSTON *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 10–11084.  LEONARD *v.* FEDERAL BUREAU OF INVESTIGATION ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 10–11085.  LUA-BERMEJO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–11086.  HENRY *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 10–11087.  CAMARILLO *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 10–11088.  CIRIZA-SAENZ *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 10–11090.  NARDELLI *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 10–11091.  VINTON *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 10–11092.  HOWARD *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 10–11093.  SHERMAN *v.* WASHINGTON DEPARTMENT OF CORRECTIONS ET AL.  Super. Ct. Wash., Clallum County.  Certiorari denied.

No. 10–11095.  MARTINEZ-GONZALEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–11096.  JULIAN *v.* LOUISIANA.  Sup. Ct. La.  Certiorari denied.